IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01293-WYD-OES-OES

CHRYSTAL KAHLEY, an individual,

Plaintiff(s),

vs.

SCI COLORADO FUNERAL SERVICES, INC., a Colorado corporation,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: August 10, 2005

     Plaintiff shall have to and including August 22, 2005, to file a response to Defendant's Motion to Compel Arbitration & to Dismiss [filed August 8, 2005].