IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01293-WYD-OES

CHRYSTAL KAHLEY, an individual,

    Plaintiff(s),

v.

SCI COLORADO FUNERAL SERVICES, INC., a Colorado corporation,

    Defendant(s).

---

**ORDER OF DISMISSAL**

---

The parties have filed a Stipulated Motion for Dismissal Without Prejudice on August 19, 2005.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed without prejudice.  Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

Dated this <u>19th</u> day of August, 2005.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                United States District Judge