IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01293-WYD-OES

CHRYSTAL KAHLEY, an individual,

    Plaintiff,

v.

SCI COLORADO FUNERAL SERVICES, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice filed September 19, 2006.  I note that the case was previously dismissed without prejudice by Order filed August 19, 2006.  The parties now seek to dismiss the case with prejudice.  After a careful review of the Stipulation, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED**, and this case is now **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney fees.

Dated:  September 19, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge